**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HOWARD COHAN,                                                  CASE NO. 6:23-cv-00390-PGB-LHP

        Plaintiff,

v.

YURCHAK ENTERPRISES, LLC
a Florida Limited Liability Company
d/b/a CHICK-FIL-A FSR # 3846,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Howard Cohan and Defendant Yurchak Enterprises, LLC, by and through their undersigned counsel, hereby gives the Court notice that the parties have reached a resolution in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

The Parties therefore request this Court vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all claims will be filed within 60 days.

Dated June 23, 2023.                                           Respectfully submitted,

/s/ Gregory S. Sconzo                                          /s/ Beth S. Joseph
Gregory S. Sconzo                                              Beth Joseph
Florida Bar No. 105553                                         Florida Bar No. 0062952
Email: greg@sconzolawoffice.com                                Email: beth.joseph@morganlewis.com
Sconzo Law Office, P.A.                                        Morgan, Lewis & Bockius LLP
3825 PGA Boulevard, Suite 207                                  600 Brickell Avenue
Palm Beach Gardens, FL 33410                                   Suite 1600
Telephone: (561) 729-0940                                      Miami, FL 33131-3075
                                                               Telephone: 305.415.3330

*Counsel for Plaintiff*

                                                               *Counsel for Defendant*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on June 23, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

　　　　　　　　　　　　　　　　　　　　　/s/ Beth S. Joseph
　　　　　　　　　　　　　　　　　　　　　Beth S. Joseph

## SERVICE LIST

Gregory S. Sconzo
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Email: greg@sconzolawoffice.com

*Counsel for Plaintiff*